### In re OPENING OF FULTON AVE.

(Supreme Court, Special Term, New York County. June, 1897.)

EMINENT DOMAIN—QUESTION OF TITLE.
　　Commissioners of estimate and assessment should not determine questions of title, and, where title is litigated, an award to unknown heirs is proper.

In the matter of the opening of Fulton avenue from Spring Place to the boundary line of the Twenty-Third ward. Motion to confirm commissioners' report. Report confirmed.

LAWRENCE, J. It is not the duty of, nor is it proper for, the commissioners of estimate and assessment to determine questions of title. In re William and Anthony Sts., 19 Wend. 678; Spears v. Mayor, etc., 87 N. Y. 359–373; Cassidy v. Mayor, etc., 62 Hun, 358, 17 N. Y. Supp. 71. Until the cases pending in this court between Evan Jones and John Jones or his heirs, and between Evan Jones and Morgan Jones and his heirs, are determined, the question of title is in doubt. The commissioners were therefore right in making the award to unknown owners, and it follows that an order should be made confirming their report.